IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| adidas America, Inc. and, adidas AG | Civil No. CV 05-1297 BR |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| Wal-Mart Stores Inc., | |
| Defendant. | |

Pursuant to the Stipulated Dismissal (#233) of the parties,

IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice and without costs to any party.

Dated this __9th__ day of September, 2008.

    /s/ Anna J. Brown
Anna J. Brown
United States District Judge